No. 805. HICKS *v.* HARDIN, SECRETARY OF AGRICULTURE. C. A. 4th Cir. Certiorari denied. *Robinson O. Everett, Irving I. Geller, Elmer A. Ambrogne,* and *Charles O. Verrill, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Alan S. Rosenthal* for respondent.

No. 806. WAYNE KNITTING MILLS ET AL. *v.* RUSSELL HOSIERY MILLS, INC. C. A. 4th Cir. Certiorari denied. *Joseph W. Grier, Jr.,* and *David H. Semmes* for petitioners. *Thomas B. Van Poole, Charles R. Fenwick,* and *Welch Jordan* for respondent.

No. 807. CITY OF WEST ALLIS ET AL. *v.* COUNTY OF MILWAUKEE. Sup. Ct. Wis. Certiorari denied. *Maxwell H. Herriott* for petitioners. *Robert P. Russell* for respondent.

No. 808. INTERNATIONAL TERMINAL OPERATING Co., INC. *v.* ALEXANDER ET AL. C. A. 2d Cir. Certiorari denied. *J. Edmund de Castro, Jr.,* for petitioner. *Stuart Goldstein* for respondent Alexander.

No. 809. ARNOLD *v.* ARNOLD. C. A. 9th Cir. Certiorari denied.

No. 815. OHIO CASUALTY INSURANCE CO. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Samuel L. Finn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge,* and *Norman Knopf* for the United States.